1  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
2  Matthew J. Vanis (SBN: 210706)
   mvanis@shb.com
3  SHOOK, HARDY & BACON LLP
   Jamboree Center
4  5 Park Plaza, Suite 1600
   Irvine, California 92614-2546
5  Telephone: 949-475-1500
   Facsimile: 949-475-0016
6
7  Attorneys for Defendant
   Boston Scientific Corporation
8
9  Alan S. Lazar (SBN: 125820)
   alazar@marlinsaltzman.com
10 Bradley R. Fagnani (SBN: 261330)
   bfagnani@marlinsaltzman.com
11 MARLIN SALTZMAN LLP
   29800 Agoura Road, Suite 210
12 Agoura Hills, California 91301
   Telephone: 818-991-8080
13 Facsimile: 818-991-8081

14 Attorneys for Plaintiffs Wanda and Ken Swett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA SWETT and KEN SWETT, | Case No. 1:19-cv-00584-AWI-SAB |
| Plaintiff, | |
| v. | **JOINT DISCOVERY STIPULATION AND ORDER THEREON** |
| BOSTON SCIENTIFIC CORPORATION, | |
| Defendant. | |

Plaintiffs Wanda and Ken Swett and defendant Boston Scientific Corporation, by and through their respective attorneys, hereby agree and stipulate as follows:

1. Additional fact discovery should be permitted, as the proposed discovery involves issues fundamental to the case, will expedite trial proceedings, and promote judicial and party efficiency. The parties have agreed upon the following supplemental

discovery:

- Collection of updated medical records
- Deposition of plaintiffs Wanda and Ken Swett
- Deposition of Dr. Amardeep Deol

2. The supplemental discovery shall be completed by November 22, 2019. Any discovery-related motions shall also be filed by November 22, 2019.

3. The parties agree that the opening of fact discovery is expressly limited in scope and time as outlined above.

**IT IS SO STIPULATED.**

Dated: July 3, 2019                     Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Matthew J. Vanis
      Eva M. Weiler
      Matthew J. Vanis
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 3, 2019                     Respectfully submitted,

MARLIN SALTZMAN L.L.P.

By: /s/ Alan S. Lazar
(as authorized on July 2, 2019)
      Alan S. Lazar
      Bradley R. Fagnani
Attorneys for Plaintiffs Wanda and Ken Swett

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: August 6, 2019                     _____
                                     SENIOR DISTRICT JUDGE